January 27, 2016

Judge Katherine A. Constantine
Bankruptcy Court
200 Warren E. Burger Federal Building
U.S. Courthouse
316 N. Robert Street
St. Paul, MN 55101

Re Case # 15-33933
Debtors: Charles R. Bull
         Peenella F. Bull
Chapter: 13

Dear Judge Constantine;

We are asking for our Chapter 13 bankruptcy to be dismissed at this time. We filed four days to late to keep our home and have to use our funds to find a new place to live.

We also cannot afford a attorney at this time to revise our plan.

Sincerely,

Peenella F. Bull
Charles R. Bull